1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12 DAVID SAMPSON HUNTER,          )   Case No. C 16-0204 PSG (PR)
                                  )
13          Plaintiff,            )   **ORDER OF TRANSFER**
                                  )
14    v.                          )
                                  )
15 M. KROENLEIN, et al.,          )
                                  )
16          Defendants.           )
                                  )
17 _____)

18      David Sampson Hunter, proceeding *pro se*, brought this civil rights action pursuant to 42

19 U.S.C. § 1983 against officials at California Health Care Facility and California State Prison,

20 Sacramento.[1]  The events complained of occurred in San Joaquin and Sacramento Counties.

21 Because both counties lie within the Eastern District of California, venue properly lies in that

22 district and not in this one.[2]  Accordingly, this case is TRANSFERRED to the Eastern District of

23 California.[3]  The Clerk shall terminate any pending motions and transfer the entire file to the

24

25 _____

    [1] Hunter consented to magistrate jurisdiction. *See* Docket No. 1 at 10.
26
    [2] *See* 28 U.S.C. § 1391(b).
27
    [3] *See* 28 U.S.C. § 1406(a).
28

Case No. C 16-0204 PSG (PR)
ORDER OF TRANSFER

1   Eastern District of California.

2       IT IS SO ORDERED.

3

DATED:  __3/7/2016__

4                                         PAUL S. GREWAL

5                                         United States Magistrate Judge

Case No. C 16-0204 PSG (PR)
ORDER OF TRANSFER