1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID SAMPSON HUNTER,                         No.  2:16-cv-0483 CKD P

12                   Plaintiff,

13          v.                                       ORDER

14    M. KROENLEIN, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  On March 8, 2016, this case was transferred to the Eastern District of California.

20    Plaintiff has not filed his application for leave to proceed in forma pauperis on the form used by

21    this district.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided

22    the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he

23    must also provide a certified copy of his prison trust account statement for the six month period

24    immediately preceding the filing of his complaint.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

27          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

28    Forma Pauperis By a Prisoner; and

                                                    1

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / hunt0483.3d