1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

DAVID SAMPSON HUNTER,

No.  2:16-cv-0483 CKD P

12

Plaintiff,

13

v.

ORDER

14

M. KROENLEIN, et al.,

15

Defendants.

16
17    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.  On March 15, 2016, plaintiff was directed to submit an application to proceed in

19  forma pauperis on the form used by this district, along with a certified copy of his prison trust

20  account statement.  Plaintiff has now filed a request for leave to proceed in forma pauperis

21  pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust

22  account statement for the six month period immediately preceding the filing of the complaint and

23  obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff

24  will be provided the opportunity to submit the completed application and the certified copy in

25  support of his application to proceed in forma pauperis.

26    In accordance with the above, IT IS HEREBY ORDERED that:

27    1.  Plaintiff's application to proceed in forma pauperis (ECF No. 13) is dismissed without

28  prejudice;

1

1        2.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

2    his prison trust account statement for the six month period immediately preceding the filing of the

3    complaint and the certification required on the application form.  Plaintiff's failure to comply

4    with this order will result in a recommendation that this action be dismissed without prejudice.

5        3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

6    Forma Pauperis By a Prisoner.

7        4.  Plaintiff's four pending motions for discovery (ECF Nos. 9, 12 , 14 & 15) are denied as

8    premature, as no defendant has been served.

9    Dated:  March 31, 2016

10                                                    _____
                                                     CAROLYN K. DELANEY
11                                                   UNITED STATES MAGISTRATE JUDGE

12

13   2/kly
     hunt0483.3e
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2