UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAMPSON HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. KROENLEIN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0483 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, commenced this action in January 2016.  On March 15, 2016, after the case was transferred to this district, the court ordered him to file a complete motion to proceed in forma pauperis.  (ECF No. 8.)  Plaintiff did not do so (see ECF No. 13), and on April 1, 2016, the court directed him to file "a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtain[] the certification required" within thirty days, or face dismissal of this action.  (ECF No. 16.)

　　　　The thirty day period has now expired, and plaintiff has not submitted the required documents.  Rather, he has filed another incomplete application to proceed in forma pauperis.  (ECF No. 18.)

　　　　Plaintiff has consented to the jurisdiction of a magistrate judge to conduct all proceedings in this action.  (ECF No. 11.)  For the foregoing reasons, the undersigned will dismiss this action without prejudice.

1

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 Dated: May 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2 / hunt0483.fifp