UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SAMPSON HUNTER,

        Plaintiff,

  v.

M. KROENLEIN, et al.,

        Defendants.

No. 2:16-cv-0483 CKD P

ORDER

    In June 2016, plaintiff filed a motion for injunctive relief, a motion to compel discovery, and a memorandum. (ECF Nos. 27, 28 & 29.) This civil rights action was closed on May 9, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: July 5, 2016

                               /s/ Carolyn K. Delaney
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE

2/kly
hunt0483.58

1